IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY JOE WRIGHT,

    Plaintiff,                               CV F 04 6741 OWW WMW P

    vs.                                    ORDER RE: FINDINGS & RECOMMENDATIONS (#15)

DEPT. OF CORRECTIONS, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On July 17, 2006, findings and recommendations were entered, recommending that in forma pauperis status be revoked pursuant to 28 U.S.C. § 1915(g), and Plaintiff be directed to pay the filing fee in full. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 17, 2006, are adopted in full; and

2. Plaintiff's in forma pauperis status is revoked pursuant to 28 U.S.C. § 1915(g). Plaintiff is directed to submit the $150 filing fee, in full, within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   August 25, 2006                                         /s/ Oliver W. Wanger
emm0d6                                                            UNITED STATES DISTRICT JUDGE